UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 19-29457 |
| Adrian Davis ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Carol A. Doyle | |
| ) | | |
| ) | | |
| Debtor(s) ) | | |

## ORDER MODIFYING CHAPTER 13 PLAN

This cause coming to be heard on the Motion of the Debtor to modify the plan,

IT IS HEREBY ORDERED that the motion is granted as follows:

1. The Debtor's current trustee default (up to March 2021) is deferred.

2. The percentage paid to unsecured creditors is reduced to 5% of allowed claims.

3. The Debtor's plan payment will increase to $580.00 for the rest of the plan.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  April 27, 2021

**Prepared by:**

David Gallagher
Gleason & Gleason
77 W Washington St, Ste 1218
Chicago, IL 60602
(312) 578-9530